USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

JUL 30 2007

## REQUEST FOR COURT ACTION / DIRECTION

| | | |
|---|---|---|
| TO: | Honorable JIM MOLINELLI<br>Docket Clerk | OFFENSE: <u>ATTEMPTING TO PASS AN ALTERED U.S. POSTAL MONEY ORDER 18 USC 500</u> |
| | | ORIGINAL SENTENCE: <u>SIX (6) MONTHS IMPRISONMENT; THREE (3) YEARS SUPERVISED RELEASE TERM</u> |
| FROM: | <u>VERONICA CASANOVA</u><br>U.S. Probation Officer | SPEC. CONDITIONS:  <u>THE DEFENDANT SHALL PROVIDE THE PROBATION OFFICER WITH ANY REQUESTED FINANCIAL INFORMATION</u> |
| | | AUSA:  <u>TO BE ASSIGNED</u> |
| RE: | KASSIMU, LUKMAN<br>Docket # <u>04-20029-001</u> | |

DATE OF SENTENCE:  <u>November 17, 2005</u>

DATE:  July 23, 2007

ATTACHMENTS:  PSI ___  JUDGMENT <u>X</u>  PRESENTENCE ___  VIOLATION PETITION ___

REQUEST FOR:  WARRANT ___   SUMMON ___   COURT DIRECTION ___

---

### TRANSFER OF JURISDICTION

Mr. Kassimu was sentenced by the Honorable Tucker L. Melancon, U.S. District Judge, for the Western District of Louisiana, to the above referenced offense.

On July 19, 2007, we received a letter from the Western District of Louisiana, advising that the Honorable Tucker L. Melancon, had signed the Transfer of Jurisdiction Probation Form 22, ordering Mr. Kassimu's transfer to the Southern District of New York. At this time we are requesting that this case be assigned to a Judge in the Southern District of New York for acceptance of transfer of jurisdiction.

Enclosed are two (2) original forms of the Transfer of Jurisdiction Probation Form 22, which are required for both districts to complete the transfer.

KASSIMU, LUKMAN                                                                                    42955/VC

-2-

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
VERONICA CASANOVA
U.S. PROBATION OFFICER
212-805-5190

Approved By: _____  7/23/07
                  SUSPO                /DATE: